USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 4/11/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IDEAVILLAGE PRODS. CORP.,

                Plaintiff,

    - against -

AARHUS, ET AL.,

                Defendants.

---

18-cv-2739 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The Clerk of Court is directed to unseal this case.

SO ORDERED.

Dated:    New York, New York
          April 11, 2018

                                      John G. Koeltl
                              United States District Judge