18 CV 2739



Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Spencer Wolgang (SW 2389)
swolgang@ipcounselors.com
Mary Kate Brennan (MB 5595)
mbrennan@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*Ideavillage Products Corp.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IDEAVILLAGE PRODUCTS CORP.<br>*Plaintiff*<br><br>v.<br><br>AARHUS, AGRA, AINKIN2411, AIWEIKE, AWEIWEI258, BEAUTY HOMER, BEST4YOU666, BETTERLIFE2014, BHUSTORE, BINGOLEE, BLAZING MOON, BLUESISTER, BUNNYREVIEW, CAICAI SHOPING, CCMC, CHARMING_FAMILY, CHENXUCHENXU, CHUANGTENGKE ( XIANGGANG) SHIYEYOUXIANGONGSI, CRAZYDEAL, INTERNATIONAL BUSINESS CO., CUTTLE FISH, D&D MALL, DADANHUANGPAI, DINGYIN96, DUNGU, EASYSHOPPINGTREE, EATWATERSEND, EVER, FASHION_STORE, FASHIONHUB, FLASAFE'S PLACE, FLYINGWING, GMAI TRADE CO., LTD., GOYO, GREEN HILL GOD, GUOYINGCHENGXIN, HOYOYOYO, HUANGWS, HUGOO, HUPAI, JACOBLI, KAIXINSHOP, KIMBERLEY, LEIOQING, LIANGHAIJUN, LINEMARTZ, LISE, LIU WU SHOP, LSEROER, LUCYGOOD, LULU MALL, LYO66881011, MAN CHART (HK) LIMITED, | CIVIL ACTION No.<br><br>[~~PROPOSED~~] 1) TEMPORARY RESTRAINING ORDER; 2) ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE; 3) ASSET RESTRAINING ORDER; 4) ORDER AUTHORIZING ALTERNATIVE SERVICE BY ELECTRONIC MEANS AND 5) ORDER AUTHORIZING EXPEDITED DISCOVERY<br><br><br>FILED UNDER SEAL |

MJ BAGS OUTLET, MR.G, MYMEI,
NGYTRADE, ONEMARK, PANDAMAN
COLLECTION, PAPASTEES, PAUKTAW,
PHOTOBO, PINGPONGPONG, PKA BABY,
RETRO HOME FURNISHING, ROSYCLOUDS
SHOP, RUNOFTHELION, SAFG, SAMLIR,
SHIXINKEJI, SHOP_MORE, SMILEFULLLTD,
SMT, SOCIAL SHOPPING, SOMNUS,
SUPERAJ STORE, SWEETSTARS TRADING
CO.,LTD, TONY Z, TOP FASHION FACTORY,
VALENCE, WANELOLIFE, WDYFKLKF,
WELCOMEHEREHERE, WOMEN KOREAN
FAN ATTACHMENT, WONDERFUL12, WYZ,
XIANGGU, XIMANCHUN, YIWU RYAN E-
COMMERCE CO., LTD, YIWU WUJIANG
JEWELRY                       CO.LTD,
YIYISHANGMAOYOUXIANGONGSI, YMJJ,
YUHANBAOBEI,        ZAITAOWANGGOU,
ZAKRA, ZHANGDABING, ZHIJIA TRADE,
ZHONGLITIAN and ZMLSHOP,
*Defendants*

On this day, the Court considered Plaintiff's *ex parte* application for the following: 1) a

temporary restraining order; 2) an order restraining assets and Merchant Storefronts (as defined

*infra*); 3) an order to show cause why a preliminary injunction should not issue; 4) an order

authorizing alternative service and 5) an order authorizing expedited discovery against Defendants

Aarhus, Agra, ainkin2411, aiweike, aweiwei258, beauty homer, best4you666, betterlife2014,

BHU-Store, bingolee, blazing moon, BlueSister, bunnyreview, caicai shoping, CCMC,

charming_family, chenxuchenxu, chuangtengke (xianggang) shiyeyouxiangongsi, crazydeal,

International business Co., CUTTLE FISH, D&D Mall, dadanhuangpai, dingyin96, Dungu,

easyshoppingtree, eatwatersend, Ever, fashion_store, fashionhub, flasafe's place, FlyingWing,

Gmai Trade Co., Ltd., GoYo, Green hill God, guoyingchengxin, hoyoyoyo, huangws, hugoo,

hupai, jacobli, Kaixinshop, Kimberley, leioqing, lianghaijun, linemartz, Lise, Liu Wu Shop,

lseroer, lucygood, LULU Mall, lyo66881011, MAN CHART (HK) LIMITED, MJ Bags Outlet,

Mr.G, MyMei, ngytrade, Onemark, pandaman collection, papastees, Pauktaw, photobo, pingpongpong, PKA BABY, retro home furnishing, Rosyclouds Shop, Runofthelion, safg, samlir, shixinkeji, Shop_more, SmileFullLtd, SMT, Social Shopping, somnus, Superaj Store, sweetstars trading co.,ltd, tony Z, Top Fashion Factory, Valence, wanelolife, WDYFKLKF, welcomeherehere, Women Korean Fan attachment, wonderful12, wyz, XiangGu, ximanchun, Yiwu Ryan E-Commerce Co., Ltd, yiwu wujiang jewelry co.ltd, yiyishangmaoyouxiangongsi, ymjj, yuhanbaobei, zaitaowanggou, Zakra, zhangdabing, zhijia trade, zhonglitian and zmlshop (hereinafter collectively referred to as "Defendants" or individually as "Defendant"), Third Party Service Providers (as defined *infra*) and Financial Institutions (as defined *infra*), in light of Defendants' intentional and willful offerings for sale and/or sales of Counterfeit Products (as defined *infra*) ("Application").[1]  A complete list of Defendants is attached hereto as **Schedule A**. Having reviewed the Application, the Declarations of Jessica Arnaiz, LoriAnn Lombardo and Spencer Wolgang, along with exhibits attached thereto and other evidence submitted in support thereof, the Court makes the following findings of fact and conclusions of law:

## FACTUAL FINDINGS & CONCLUSIONS OF LAW

1.    Plaintiff is a leading developer, producer, marketer, and distributor of quality, innovative consumer products.  Plaintiff promotes and sells its products through national direct response television advertising commonly called "As Seen On TV" ("ASOTV").  Plaintiff also promotes and sells its ASOTV products at the retail level at well-known mass retail outlets, including, without limitation: Wal-Mart, Target Stores, Bed Bath & Beyond, Toys R Us, Rite-Aid, CVS and Walgreens; through catalog companies; online, through its own website and its retail customers' websites; as well as through a network of international distributors, among other

---

[1] Where a defined term is referenced herein and not defined herein, the defined term should be understood as it is defined in the Complaint or Application.

channels of trade. Plaintiff is among the most well-known, well-respected sources of many of the most popular and most successful ASOTV products sold in the United States.

2.      One of Plaintiff's most successful products is a line of copper-infused compression garments, each targeted to different body parts and designed to help relieve muscle and joint soreness and pain which are marketed and sold under the distinctive COPPER FIT trademark and include the sub-brands: Copper Fit Knee or Elbow Sleeves, Copper Fit Pro Knee or Elbow Sleeves, Copper Fit Back Pro, and Copper Fit Socks ("Copper Fit Products").

3.      Plaintiff's line of Copper Fit Products has achieved great success since its introduction in August 2014, due in part to a significant marketing campaign lead by hall of fame and Super Bowl champion quarterback Brett Favre.

4.      While Ideavillage has gained significant common law trademark and other rights in its Copper Fit Products, through use, advertising, and promotion, Ideavillage has also protected its valuable rights by filing for and obtaining federal trademark registrations.

5.      For example, Ideavillage is the owner of U.S. Trademark Registration No. 4,676,558 for the wordmark "COPPER FIT" for goods in Class 25, U.S. Trademark Reg. No. 4,774,235 for the wordmark "COPPER FIT" for a wide variety of goods in Class 24, U.S. Trademark Registration No. 5,403,018 for "COPPER FIT" for a variety of goods in Class 25 and U.S. Trademark Registration No. 5,301,755 for the wordmark "COPPER FIT" for a wide variety of goods in Class 25 (hereinafter collectively referred to as the "Copper Fit Marks"). The Copper Fit are currently in use in commerce in connection with the Copper Fit Products. The Copper Fit Marks were first used in commerce on or before the dates of first use as reflected in the registration certificates.

6.      In addition, Plaintiff is also the owner of both registered and unregistered

copyrights in and related to the Copper Fit Products.

7.     For example, Ideavillage is the owner of U.S. Copyright Reg. No. VA 1-914-217 covering the Copper Fit Elbow Sleeve packaging and instructions, U.S. Copyright Reg. No. VA 1-914-211 covering the Copper Fit Knee Sleeve packaging and instructions, U.S. Copyright Reg. No. VA 1-945-394 covering the Copper Fit Socks packaging, U.S. Copyright Reg. No. VA 1-948-947 covering the Copper Fit Back Pro packaging and U.S. Copyright Reg. No. VA 2-089-046, covering the Copper Fit Back Belt packaging artwork, as well as numerous common law copyrights (hereinafter collectively referred to as the "Copper Fit Works").

8.     Defendants are manufacturing, importing, exporting, advertising, marketing, promoting, distributing, displaying, offering for sale and/or selling products bearing or used in connection with the Copper Fit Marks and/or Copper Fit Works, and/or products in packaging and/or containing labels and/or hang tags bearing the Copper Fit Marks and/or Copper Fit Works, and/or bearing or used in connection with marks and/or artwork that are confusingly or substantially similar to the Copper Fit Marks and/or Copper Fit Works, and/or products that are identical or confusingly or substantially similar to Copper Fit Products (collectively referred to as, "Infringing Product(s)" or "Counterfeit Product(s)") through accounts with online marketplace platforms such as Wish.com (as defined *infra*) as well as any and all as yet undiscovered accounts with additional online marketplace platforms held by or associated with Defendants, their respective officers, employees, agents, servants and all persons in active concert or participation with any of them ("User Accounts") (*see* **Schedule A** for links to Defendants' Merchant Storefronts and listings for Counterfeit Products);

9.     Wish.com is an online marketplace and e-commerce platform that allows manufacturers and other third-party merchants, like Defendants, to advertise, distribute, offer for

sale, sell and ship their retail products originating primarily from China,[2] among other locations, directly to consumers worldwide and specifically to consumers residing in the U.S., including New York (hereinafter, "Wish");

10.     Defendants are not, nor have they ever been, authorized distributors or licensees of the Copper Fit Products.  Neither Ideavillage, nor any of Ideavillage's authorized agents, have consented to Defendants' use of the Copper Fit Marks and/or Copper Fit Works, nor has Ideavillage consented to Defendants' use of any identical or confusingly similar marks or artwork;

11.     Ideavillage is likely to prevail on its Lanham Act claims, copyright claims and related state law claims at trial;

12.     As a result of Defendants' infringements, Ideavillage as well as consumers are likely to suffer immediate and irreparable losses, damages and injuries before Defendants can be heard in opposition, unless Ideavillage's Application for *ex parte* relief is granted:

   a.   Defendants have offered for sale and sold substandard Counterfeit Products that infringe the Copper Fit Marks and Copper Fit Works;

   b.   Ideavillage has well-founded fears that more Counterfeit Products will appear in the marketplace; that consumers may be misled, confused and disappointed by the quality of these Counterfeit Products, resulting in injury to Ideavillage's reputation and goodwill; and that Ideavillage may suffer loss of sales for its Copper Fit Products; and

   c.   Ideavillage has well-founded fears that if it proceeds on notice to Defendants on this Application, Defendants will: (i) secret, conceal, destroy, alter, sell-off, transfer or otherwise dispose of or deal with Counterfeit Products or other goods that infringe

---

[2] *See* Armando Roggio, *Ecommerce Lessons from the Wish Shopping App*, PRACTICALECOMMERCE (Jan. 7, 2015), https://www.practicalecommerce.com/Ecommerce-Lessons-from-the-Wish-Shopping-App.

the Copper Fit Marks and Copper Fit Works, the means of obtaining or manufacturing such Counterfeit Products, and records relating thereto that are in their possession or under their control, (ii) inform their suppliers and others of Ideavillage's claims with the result being that those suppliers and others may also secret, conceal, sell-off or otherwise dispose of Counterfeit Products or other goods infringing the Copper Fit Marks and Copper Fit Works, the means of obtaining or manufacturing such Counterfeit Products, and records relating thereto that are in their possession or under their control, (iii) secret, conceal, transfer or otherwise dispose of their ill-gotten proceeds from its sales of Counterfeit Products or other goods infringing the Copper Fit Marks and Copper Fit Works and records relating thereto that are in their possession or under their control and/or (iv) open new User Accounts through which Defendants, their respective officers, employees, agents, servants and all persons in active concert or participation with any of them manufacture, import, export, advertise, market, promote, distribute, offer for sale, sell and/or otherwise deal in products, including Counterfeit Products, which are held by or associated with Defendants, their respective officers, employees, agents, servants and all persons in active concert or participation with any of them ("Merchant Storefront(s)") under new or different names and continue to offer for sale and sell Counterfeit Products with little to no consequence;

13.     The balance of potential harm to Defendants of being prevented from continuing to profit from their illegal and infringing activities if a temporary restraining order is issued is far outweighed by the potential harm to Ideavillage, its business, the goodwill and reputation built up

in and associated with the Copper Fit Marks and Copper Fit Works and to its reputation if a temporary restraining order is not issued;

14. Public interest favors issuance of the temporary restraining order in order to protect Ideavillage's interests in and to its Copper Fit Marks and Copper Fit Works, and to protect the public from being deceived and defrauded by Defendants' passing off of their substandard Counterfeit Products as Copper Fit Products;

15. Ideavillage has not publicized its request for a temporary restraining order in any way;

16. Service on Defendants via electronic means, including the delivery of copies of the Summons and Complaint, together with all documents filed in support of Ideavillage's Application by e-mail, such as by using RMail.com and Outlook.com, and publication of links to the same on a website accessible to Defendants, is reasonably calculated to result in proper notice to Defendants.

17. If Defendants are given notice of the Application, they are likely to secret, conceal, transfer or otherwise dispose of their ill-gotten proceeds from their sales of Counterfeit Products or other goods infringing the Copper Fit Marks and Copper Fit Works. Therefore, good cause exists for granting Ideavillage's request for an asset restraining order. It typically takes noticed Financial Institutions and/or Third Party Service Providers a minimum of five (5) days to locate, attach and freeze Defendants' Assets (as defined *infra*) and/or Defendants' Financial Accounts (as defined *infra*). As such, in its order, the Court should allow enough time for the Financial Institutions and/or Third Party Service Providers to freeze Defendants' Assets and Financial Accounts before requiring service on Defendants.

18.     Similarly, if Defendants are given notice of the Application, they are likely to destroy, move, hide or otherwise make inaccessible to Ideavillage the records and documents relating to Defendants' manufacturing, importing, exporting, advertising, marketing, promoting, distributing, displaying, offering for sale and/or sale of Counterfeit Products.    Therefore, Ideavillage has good cause to be granted expedited discovery.

## **ORDER**

Based on the foregoing findings of fact and conclusions of law, Ideavillage's Application is hereby **GRANTED** as follows (the "Order"):

### **I.     Temporary Restraining Order**

A. IT IS HEREBY ORDERED, as sufficient cause has been shown, that Defendants, their respective officers, employees, agents, servants and attorneys, and all persons in active concert or participation with any of them (regardless of whether located in the U.S. or abroad), who receive actual notice of this Order, including, without limitation, any: (1) banks, financial institutions, credit card companies and payment processing agencies, such as ContextLogic, PayPal Inc. ("PayPal"), Payoneer Inc. ("Payoneer"), the Alibaba Group d/b/a Alibaba.com and Aliexpress.com ("Alibaba") payment services (*e.g.*, Alipay.com Co., Ltd., Ant Financial Services), PingPong Global Solutions, Inc. ("PingPong") and other companies or agencies that engage in the processing or transfer of money and/or real or personal property of Defendants ("Financial Institutions") and (2) Wish, as well as any and all as yet undiscovered online marketplace platforms and/or entities through which Defendants, their respective officers, employees, agents, servants and all persons in active concert or participation with any of them manufacture, import, export, advertise, market, promote, distribute, offer for sale, sell and/or otherwise deal in Counterfeit Products which are hereinafter identified as a result of any order

entered in this action, or otherwise ("Third Party Service Providers") (Financial Institutions and Third Party Service Providers are hereinafter collectively referred to as the "Restrained Persons"), are hereby restrained and enjoined from engaging in any of the following acts or omissions pending the hearing and determination of Ideavillage's Application for a preliminary injunction as referenced in **Paragraph (II)(A)** below, or until further order of the Court:

1) manufacturing, importing, exporting, advertising, marketing, promoting, distributing, displaying, offering for sale, selling and/or otherwise dealing in Counterfeit Products, or any other products bearing the Copper Fit Marks and/or marks that are confusingly similar to, identical to and constitute a counterfeiting or infringement of the Copper Fit Marks and/or incorporating the Copper Fit Works and/or artwork that is substantially similar to, identical to and constitute an infringement of the Copper Fit Works;

2) communicating, directly or indirectly, with any person or persons: (i) from whom Defendants purchased or obtained any Counterfeit Products; (ii) to whom Defendants sold or offered to sell such Counterfeit Products or (iii) of whom Restrained Persons know, or reasonably believe, to possess, control or have access to any such Counterfeit Products;

3) secreting, concealing, destroying, altering, selling off, transferring or otherwise disposing of and/or dealing with: (i) Counterfeit Products and/or (ii) any computer files, data, business records, documents or any other records or evidence relating to the Defendants' User Accounts, Merchant Storefronts, Defendants' Assets and the manufacture, importation, exportation, advertising, marketing, promotion, distribution, display, offering for sale and/or sale of Counterfeit Products;

4)      secreting, concealing, transferring, disposing of, withdrawing, encumbering or paying any money, securities or other property or assets of Defendants (whether said assets are located in the U.S. or abroad) (hereinafter collectively referred to as "Defendants' Assets") from or to financial accounts associated with or utilized by any Defendant or any Defendant's User Accounts or Merchant Storefront(s) (whether said account is located in the U.S. or abroad) ("Defendants' Financial Accounts") until further ordered by this Court;

5)      effecting assignments or transfers, forming new entities or associations, or creating and/or utilizing any other platform, User Account, Merchant Storefront or any other means of importation, exportation, advertising, marketing, promotion, distribution, display, offering for sale and/or sale of Counterfeit Products for the purposes of circumventing or otherwise avoiding the prohibitions set forth in this Order;

6)      within five (5) days after receiving actual notice of this Order, providing services to Defendants, Defendants' User Accounts and Defendants' Merchant Storefronts, including, without limitation, continued operation of Defendants' User Accounts and Merchant Storefronts; and

7)      knowingly instructing, aiding, or abetting any other person or business entity in engaging in any of the activities referred to in subparagraphs I(A)(1) through I(A)(6) above.

## II.    Order to Show Cause Why A Preliminary Injunction Should Not Issue And Order Of Notice

A. Defendants are hereby ORDERED to show cause before this Court in Courtroom _14B_ of the United States District Court for the Southern District of New York at 500 Pearl Street/40 Foley Square, New York, New York on __April 10__, 2018 at _11 : 00 a_.m.

or at such other time that this Court deems appropriate, why a preliminary injunction, pursuant to FRCP 65(a), should not issue restraining and enjoining the Restrained Persons from engaging in any of the following acts or omissions pending the final hearing and determination of this action:

1) manufacturing, importing, exporting, advertising, marketing, promoting, distributing, displaying, offering for sale, selling and/or otherwise dealing in Counterfeit Products, or any other products bearing the Copper Fit Marks and/or marks that are confusingly similar to, identical to and constitute a counterfeiting or infringement of the Copper Fit Marks and/or incorporating the Copper Fit Works and/or artwork that is substantially similar to, identical to and constitute an infringement of the Copper Fit Works;

2) directly or indirectly infringing in any manner any of Ideavillage's trademarks, copyrights or other rights (whether now in existence or hereafter created) including, without limitation, the Copper Fit Marks and Copper Fit Works;

3) using any reproduction, counterfeit, copy or colorable imitation of Ideavillage's trademarks, copyrights or other rights (whether now in existence or hereafter created) including, without limitation, the Copper Fit Marks and Copper Fit Works to identify any goods or services not authorized by Ideavillage;

4) using any of Ideavillage's trademarks, copyrights or other rights (whether now in existence or hereafter created) including, without limitation, the Copper Fit Marks and Copper Fit Works, or any other marks or artwork that are confusingly or substantially similar to the Copper Fit Marks and Copper Fit Works, on or in connection with Defendants' manufacturing, importing, exporting, advertising, marketing, promoting,

distributing, displaying, offering for sale, selling and/or otherwise dealing in the Counterfeit Products;

5)   using any false designation of origin or false description, or engaging in any action which is likely to cause confusion, cause mistake and/or to deceive members of the trade and/or the public as to the affiliation, connection or association of any product manufactured, imported, exported, advertised, marketed, promoted, distributed, displayed, offered for sale or sold by Defendants with Ideavillage, and/or as to the origin, sponsorship or approval of any product manufactured, imported, exported, advertised, marketed, promoted, distributed, displayed, offered for sale or sold by Defendants and Defendants' commercial activities by Ideavillage;

6)   secreting, concealing, destroying, altering, selling off, transferring, or otherwise disposing of and/or dealing with: (i) Counterfeit Products and (ii) any computer files, data, business records, documents, or any other records or evidence relating to the Defendants' User Accounts, Defendants' Merchant Storefronts, Defendants' Assets and the manufacture, importation, exportation, advertising, marketing, promotion, distribution, display, offering for sale and/or sale of Counterfeit Products;

7)   secreting, concealing, transferring, disposing of, withdrawing, encumbering or paying any of Defendants' Assets from or to Defendants' Financial Accounts until further ordered by this Court;

8)   providing services to Defendants, Defendants' User Accounts and Merchant Storefronts, including, without limitation, continued operation of Defendants' User Accounts and Merchant Storefronts;

13

9)      effecting assignments or transfers, forming new entities or associations, or creating and/or utilizing any other platform, User Accounts, Merchant Storefronts or any other means of importation, exportation, advertising, marketing, promotion, distribution, display, offering for sale and/or sale of Counterfeit Products for the purposes of circumventing or otherwise avoiding the prohibitions set forth in any preliminary injunction ordered by the Court in this Action;

10)     knowingly instructing, aiding or abetting any other person or business entity in engaging in any of the activities referred to in subparagraphs II(A)(1) through II(A)(9) above.

B.  IT IS FURTHER ORDERED that opposing papers, if any, shall be filed electronically with the Court and served on Ideavillage's counsel by delivering copies thereof to the office of Epstein Drangel LLP at 60 East 42nd Street, Suite 2520, New York, NY 10165, Attn: Jason M. Drangel on or before_____April 6_____, 2018.  Ideavillage shall file any Reply papers on or before _April 9_____, 2018.

C.  IT IS FURTHER ORDERED that Defendants are hereby given notice that failure to appear at the show cause hearing scheduled in **Paragraph II(A)** above may result in the imposition of a preliminary injunction against them pursuant to FRCP 65, which may take effect immediately upon the expiration of this Order, and may extend throughout the length of the litigation under the same terms and conditions set forth in this Order.

### III.      Asset Restraining Order

A.  IT IS FURTHER ORDERED pursuant to FRCP 64 and 65 and CPLR 6201 and this Court's inherent equitable power to issue provisional remedies ancillary to its authority to provide final equitable relief, as sufficient cause has been shown, that within five (5) days of receipt of notice of this Order, all Financial Institutions and Third Party Service Providers, including, but not

14

limited to, those who receive actual notice of this Order, shall locate and attach Defendants Financial Accounts, and shall provide written confirmation of such attachment to Ideavillage's counsel; and

B. IT IS FURTHER ORDERED, as sufficient cause has been shown, that within five (5) days of receipt of notice of this Order all Financial Institutions and Third Party Service Providers, including but not limited to, those who receive actual notice of this Order, shall identify any and all of Defendants' Financial Accounts, and provide Ideavillage and/or Ideavillage's counsel with a summary report containing account details for any and all such accounts, which shall include, at a minimum, identifying information for Defendants and Defendants' User Accounts and Defendants' Merchant Storefronts, contact information for Defendants (including mailing addresses and e-mail addresses), account numbers and account balances for any and all of Defendants' Financial Accounts.

## IV.   Order Authorizing Alternative Service by Electronic Means

A. IT IS FURTHER ORDERED pursuant to FRCP 4(f)(3), as sufficient cause has been shown, that service may be made on, and shall be deemed effective as to Defendants if it is completed by one of the following means:

1)      delivery of: (i) PDF copies of this Order together with the Summons and Complaint, or (ii) a link to a secure website (such as Dropbox.com, NutStore.com, a large mail link created through RPost.com or via website publication through a specific page dedicated to this Lawsuit accessible through ipcounselorslawsuit.com) where each Defendant will be able to download PDF copies of this Order together with the Summons and Complaint, and all papers filed in support of Ideavillage's Application seeking this Order to Defendants' e-mail addresses, as identified in **Schedule A** or may otherwise be determined after having been identified by Wish pursuant to Paragraph III (B).

15

B.  IT IS FURTHER ORDERED, as sufficient cause has been shown, that such alternative service by electronic means ordered herein shall be made within two (2) days of the Financial Institutions' and Third Party Service Providers' compliance with **Paragraph III(A)** of this Order, but in any event, shall be made no later than ten (10) days from the date of this Order.

C.  IT IS FURTHER ORDERED, as sufficient cause has been shown, that the Clerk of the Court shall issue a single original summons in the name of "Aarhus and all other Defendants identified in the Complaint" that will apply to all Defendants.

D.  IT IS FURTHER ORDERED, as sufficient cause has been shown, that service may be made and shall be deemed effective as to the following Financial Institutions and Third Party Service Providers if it is completed by the following means:

1)  delivery of: (i) a PDF copy of this Order, or (ii) a link to a secure website where PayPal will be able to download a PDF copy of this Order via electronic mail to EE Omaha Legal Specialist at EEOMALegalSpecialist@paypal.com;

2)  delivery of: (i) a PDF copy of this Order, or (ii) a link to a secure website where ContextLogic, via ContextLogic's DMCA Agent, will be able to download a PDF copy of this Order via electronic mail at elisa@wish.com and brand-protection@wish.com and to ContextLogic's counsel, Dwight Lueck, at Dwight.Lueck@btlaw.com;

3)  delivery of: (i) a PDF copy of this Order, or (ii) a link to a secure website where AliPay will be able to download a PDF copy of this Order via electronic mail to Mr. Benjamin Bai, Vice President and Chief IP Counsel of Ant Financial Services Group at banjamin.bai@alipay.com and/or Mr. Di Zhang, Member of the Legal & Compliance Department – IP, at di.zd@alipay.com.

4)  delivery of: (i) a PDF copy of this Order, ~~or~~ *and* (ii) a link to a secure website where Payoneer will be able to download a PDF copy of this Order via electronic mail to Payoneer's Customer Service Management at customerservicemanager@payoneer.com and Edward Tulin, counsel for Payoneer, at Edward.Tulin@skadden.com.

5)  delivery of a true and correct copy of this Order via Federal Express to PingPong at 599 Third Street, Suite 308, San Francisco, CA 94107.

## V.   <u>Order Authorizing Expedited Discovery</u>

A.  IT IS FURTHER ORDERED, as sufficient cause has been shown, that:

1)  Within ~~fourteen (14) days~~ *twenty-one (21) days* after receiving notice of this Order, each Defendant, or other person served, shall serve upon Ideavillage or Ideavillage's counsel a written report under oath providing:

   a.  their true name and physical address;

   b.  the name and location and URL of any and all websites that Defendants own and/or operate and the name, location, account numbers and URL for any and all User Accounts and Merchant Storefronts on any Third Party Service Provider platform that Defendants own and/or operate;

   c.  the complete sales records for any and all sales of Counterfeit Products, including but not limited to number of units sold, the price per unit, total gross revenues received (in U.S. dollars) and the dates thereof;

   d.  the account details for any and all of Defendants' Financial Accounts, including but not limited to the account numbers and current account balances; and

   e.  the steps taken by each Defendant, or other person served to comply with **Section I**, above.

2)   Ideavillage may propound interrogatories pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure as well as Local Civil Rule 33.3 of the Local Rules for the Southern and Eastern Districts of New York, and Defendants, their respective officers, employees, agents, servants and attorneys, and all persons in active concert or participation with any of them, who receive actual notice of this Order, shall provide written responses under oath to such interrogatories within ~~fourteen (14)~~ *twenty-one (21) days* of service to Ideavillage or Ideavillage's counsel.

3)   Ideavillage may serve requests for the production of documents pursuant to FRCP 26 and 34, and Defendants, their respective officers, employees, agents, servants and attorneys, and all persons in active concert or participation with any of them, who receive actual notice of this Order, shall produce all documents responsive to such requests within ~~fourteen (14)~~ *twenty-one (21) days* of service to Ideavillage or Ideavillage's counsel.

B.  IT IS FURTHER ORDERED, as sufficient cause has been shown, that:

1)   Within ~~fourteen (14)~~ *twenty-one (21) days* of receiving actual notice of this Order, all Financial Institutions who receive actual notice of this Order shall provide Ideavillage or Ideavillage's counsel all documents and records in their possession, custody or control (whether located in the U.S. or abroad) relating to any and all of Defendants' Financial Accounts, including, but not limited to, documents and records relating to:

a.   account numbers;

b.   current account balances;

c.   any and all identifying information for Defendants, Defendants' User Accounts and Defendants' Merchant Storefronts, including, but not limited to, names, addresses and contact information;

d.  any and all account opening documents and records, including, but not limited to, account applications, signature cards, identification documents and if a business entity, any and all business documents provided for the opening of each and every of Defendants' Financial Accounts;

e.  any and all deposits and withdrawals during the previous year from each and every one of Defendants' Financial Accounts and any and all supporting documentation, including, but not limited to, deposit slips, withdrawal slips, cancelled checks and account statements; and

f.  any and all wire transfers into each and every one of Defendants' Financial Accounts during the previous year, including, but not limited to, documents sufficient to show the identity of the destination of the transferred funds, the identity of the beneficiary's bank and the beneficiary's account number.

C.  IT IS FURTHER ORDERED, as sufficient cause has been shown, that:

1)  Within ~~fourteen (14) days~~ twenty - one (21) days of receiving actual notice of this Order, all Third Party Service Providers who receive actual notice of this Order shall provide to Ideavillage or Ideavillage's counsel all documents and records in their possession, custody or control (whether located in the U.S. or abroad) relating to Defendants' User Accounts and Defendants' Merchant Storefronts, including, but not limited to, documents and records relating to:

a.  any and all User Accounts and Defendants' Merchant Storefronts and account details, including, without limitation, identifying information and account numbers for any and all User Accounts and Defendants' Merchant Storefronts that

Defendants have ever had and/or currently maintain with the respective Third Party Service Provider;

b.  the identities, location and contact information, including any and all e-mail addresses, of Defendants, their respective officers, employees, agents, servants and attorneys, and all persons in active concert or participation with any of them;

c.  the nature of Defendants' businesses and operations, methods of payment, methods for accepting payment and any and all financial information, including, but not limited to, information associated with Defendants' User Accounts and Defendants' Merchant Storefronts, a full accounting of Defendants' sales history and listing history under such accounts and Defendants' Financial Accounts with any and all Financial Institutions associated with Defendants' User Accounts and Defendants' Merchant Storefronts; and

d.  Defendants' manufacturing, importing, exporting, advertising, marketing, promoting, distributing, displaying, offering for sale and/or selling of Counterfeit Products, or any other products bearing the Copper Fit Marks and/or marks that are confusingly similar to, identical to, and constitute an infringement of the Copper Fit Marks and/or incorporating the Copper Fit Works and/or artwork that is substantially similar to, identical to and constitutes infringement of the Copper Fit Works.

## VI.   Security Bond

A.  IT IS FURTHER ORDERED that Ideavillage shall place security in the amount of _$25,000_ Dollars (_25,000_) with the Court which amount is determined adequate for the payment

of any damages any person may be entitled to recover as a result of an improper or wrongful restraint ordered hereunder.

### VII.    Sealing Order

A.  IT IS FURTHER ORDERED that Ideavillage's Complaint and exhibits attached thereto, and Ideavillage's *ex parte* Application and the Declarations of Jessica Arnaiz, LoriAnn Lombardo and Spencer Wolgang in support thereof and exhibits attached thereto and this Order shall remain sealed until further ordered by the Court.

**SO ORDERED.**

SIGNED this _28_ day of ___March___, 2018, at ___3⁵⁷_ _.m.

_____
UNITED STATES DISTRICT JUDGE

21

| No | Vendor Name | Merchant Storefront | User Account |
|---|---|---|---|
| 1 | Aarhus | https://www.wish.com/c/5746d65fe13afb60e1e9fc04 | https://www.wish.com/merchant/56d6c5f5b77260116890210a64 |
| 2 | Agra | https://www.wish.com/c/5873d2b87e374e4ef38ea950 | https://www.wish.com/merchant/5789a3d0013f1b51b558fc03 |
| 3 | ainkin2411 | https://www.wish.com/c/57ad689003630338447acba7 | https://www.wish.com/merchant/5608f73ac079a82f5e6213cb |
| 4 | aiweike | https://www.wish.com/c/5a5d97c0cd0e6845e076aec4 | https://www.wish.com/merchant/58b583b60f6499510620473 |
| 5 | aweiwei258 | https://www.wish.com/c/5991d5e1be25e8313e716455 | https://www.wish.com/merchant/597e87e1d9d6a428a396e1d2 |
| 6 | beauty homer | https://www.wish.com/c/58957b850c9a6d2027e6c5e | https://www.wish.com/merchant/5747e7c03a698c1130fed0b9 |
| 7 | best4you666 | https://www.wish.com/c/58b7e8f66420a60393182d6 | https://www.wish.com/merchant/568ce90b0477592809dad607 |
| 8 | betterlife2014 | https://www.wish.com/c/58c11a5fbb09024efa5aef8f | https://www.wish.com/merchant/5573f4d8baa01a2b54e43ae7 |
| 9 | BHU-Store | https://www.wish.com/c/5808f448478922101fdd349 | https://www.wish.com/merchant/561e44d5b874d10f3e54523a |
| 10 | bingolee | https://www.wish.com/c/589af7486f904905c0c37acd7 | https://www.wish.com/merchant/576a356f9d92128d5da0038b |
| 11 | blazing moon | https://www.wish.com/c/584fa30d2bf2c96da0a97055 | https://www.wish.com/merchant/54a8a1c4509baf0fdc90c4c0 |
| 12 | BlueSister | https://www.wish.com/c/5689de83fcde8a62a802f9f | https://www.wish.com/merchant/5674000d8a1043bffb6dcb8 |
| 13 | bunnyreview | https://www.wish.com/c/5932b61f5d3830a39f0652b | https://www.wish.com/merchant/591d4e0486e4e5c4a41088fc9 |
| 14 | caicai shoping | https://www.wish.com/c/5695bf60fb3f30346f5b7265 | https://www.wish.com/merchant/5449c3815f813f67c5e367216 |
| 15 | CCMC | https://www.wish.com/c/594df0e7f6f74cb7f42e | https://www.wish.com/merchant/58d28c1699556a6bc544bf73 |
| 16 | charming_family | https://www.wish.com/c/58c65430c1181d6ff53fed38 | https://www.wish.com/merchant/53f6b7c81c105e2dfac91041 |
| 17 | chenxuchenxu | https://www.wish.com/c/57a4a4f65cc52f1bb5a50d08 | https://www.wish.com/merchant/577cd5001d6289741b5c46466 |
| 18 | chuangtengke（xianggang）shiyeyouxiangongsi | https://www.wish.com/c/57875453b1e15041269faacb8 | https://www.wish.com/merchant/5526121ed5ad71110e453b3e |
| 19 | crazydeal International business Co | https://www.wish.com/c/5599ae290338ad340f680047a | https://www.wish.com/merchant/5e38346ff4d6d289f95a7f |
| 20 | CUTTLE FISH | https://www.wish.com/c/58f60edb1e8153a614c86afc | https://www.wish.com/merchant/58a32083d80ba8e378fd4b2 |
| 21 | D&D Mall | https://www.wish.com/c/5851bf582aec43521426ee326 | https://www.wish.com/merchant/584ebc91728de622e04f4ea4 |
| 22 | dadanhuangpai | https://www.wish.com/c/59dc3615977da1612b4f92cf | https://www.wish.com/merchant/58159f2d09933b196486d39 |
| 23 | dingyin96 | https://www.wish.com/c/582fa62cf4932c1d6fe738ba | https://www.wish.com/merchant/57befed0f221609e2500248 |
| 24 | Dungu | https://www.wish.com/c/58622754d2306da4fa0f36398 | https://www.wish.com/merchant/5788713f0cb30d21724587 |
| 25 | easyshoppingtree | https://www.wish.com/c/58981463d0b4133f7dec873 | https://www.wish.com/merchant/5734a62d06aea465941823a6 |
| 26 | eatwatersend | https://www.wish.com/c/5a3a1747ad5d58ee848ee20 | https://www.wish.com/merchant/59e6b1cc37f9f86a12e8960 |
| 27 | Ever | https://www.wish.com/c/5694b8fe61d6cf524528f15 | https://www.wish.com/merchant/540823e31cd2d435feee17d7c |
| 28 | fashion_store | https://www.wish.com/c/58ca0aed79552511211b3d15 | https://www.wish.com/merchant/53b7bace46188e74de57fe7d |
| 29 | fashionhub | https://www.wish.com/c/5580364c0de7b569e431d683 | https://www.wish.com/merchant/54453276980c2078b39be5b8 |
| 30 | fiasafe's place | https://www.wish.com/c/56ceb14d7a4fe04727c2c160 | https://www.wish.com/merchant/55d82c34120fe7103862658 |
| 31 | FlyingWing | https://www.wish.com/c/5816a1e34edc3211e03ed6e | https://www.wish.com/merchant/577fc31aa78e3f165d4c041c0 |
| 32 | Gmai Trade Co.,Ltd | https://www.wish.com/c/5721caae19be3a1bafa686d | https://www.wish.com/merchant/562859b0051218120422c6eb3 |
| 33 | GoYo | https://www.wish.com/c/586b69f4f6a72aee9f46535 | https://www.wish.com/merchant/56fbe11f4e4d234340ef38dc |
| 34 | Green hill God | https://www.wish.com/c/59206af3481cf2817a00521 | https://www.wish.com/merchant/58c9430de0f9aa2635356e40 |
| 35 | guoyingchengxin | https://www.wish.com/c/597eb10659787217200256 | https://www.wish.com/merchant/59755527ec40ae631890a63b |
| 36 | hoyoyoyo | https://www.wish.com/c/585s8cb258d7973230b55301 | https://www.wish.com/merchant/580dcd275467631980471047 |
| 37 | huangws | https://www.wish.com/c/58859c6c1661e870f2446b04 | https://www.wish.com/merchant/58739541363835d4cc29872fe |
| 38 | huazo | https://www.wish.com/c/5810000b71c87a421879f3de | https://www.wish.com/merchant/57c9265f6a5d441f9429da |
| 39 | hupai | https://www.wish.com/c/586a1607016ba34ef0920539 | https://www.wish.com/merchant/55b08d4e00cb2405ed05d30 |
| 40 | jacobii | https://www.wish.com/c/58f98282539fcd2f1ae276ef | https://www.wish.com/merchant/578efcec3279110817a28 |
| 41 | Kaixinshop | https://www.wish.com/c/587f0a9c398f9506b0469ca | https://www.wish.com/merchant/58377ab46339b448fa510cf8 |
| 42 | kimberley | https://www.wish.com/c/57ca42f6e009a525c9223d4b | https://www.wish.com/merchant/57835733a78e30f0bc03a98 |
| 43 | leioqing | https://www.wish.com/c/58ad27d2c3949d47125829c8 | https://www.wish.com/merchant/56e12f074758418771a1e899 |

| | | | |
|---|---|---|---|
| 44 | lianghaijun | https://www.wish.com/c/5911231562633877af6cc340c | https://www.wish.com/merchant/58d3c312a9254df54b5963ba |
| 45 | linemartz | https://www.wish.com/c/5a0c71f079729464d075159f | https://www.wish.com/merchant/5a07cdebe65033402092c0009 |
| 46 | Lise | https://www.wish.com/c/56a339a9d82b881140c34560d | https://www.wish.com/merchant/550976478f2c040b1e055551 |
| 47 | Liu Wu Shop | https://www.wish.com/c/57f49a5550d7d630fbd5c82ee | https://www.wish.com/merchant/56540845a3a698c28ff536d2 |
| 48 | iseroer | https://www.wish.com/c/5a5ddc1c72e71f62f2b26e4a | https://www.wish.com/merchant/5a0ea6c69fdc513aeb300a10 |
| 49 | lucygood | https://www.wish.com/c/594cdefa108aab5f2d63f52a | https://www.wish.com/merchant/58a1ac569c63bc50105ead5a |
| 50 | LULU Mall | https://www.wish.com/c/58b50bdb1cd18109ac273142 | https://www.wish.com/merchant/57751e6c0ad057621be2a99 |
| 51 | lyd66881011 | https://www.wish.com/c/582d6e1676f4f4841097a9925 | https://www.wish.com/merchant/57af339ae483050805772bfc3 |
| 52 | MAN CHART (HK) LIMITED | https://www.wish.com/c/56385a73e3e19230081badd7 | https://www.wish.com/merchant/56025881fcd1064ca15b54d8 |
| 53 | MJ Bags Outlet | https://www.wish.com/c/5822806010bd371dcac327c4 | https://www.wish.com/merchant/57ae8e7316b2891a3a226c21 |
| 54 | Mr.G | https://www.wish.com/c/5780b5b62b3bd87856af61d2 | https://www.wish.com/merchant/55360477d39b0c7b9e2535c9 |
| 55 | MyMei | https://www.wish.com/c/5780b48e7d0032d7ca69f9zc9 | https://www.wish.com/merchant/53dc4d794497c5420e7adeda |
| 56 | ngxtrade | https://www.wish.com/c/5852d7b5f49f2d4f9a327a5a | https://www.wish.com/merchant/57948f61fdd13f4d62eab3ea |
| 57 | Onemark | https://www.wish.com/c/59e1f2100f4a7a36258c3fc5 | https://www.wish.com/merchant/59ae7947bf25530759b06fdb |
| 58 | pandaman collection | https://www.wish.com/c/57fcb0729d83fc30cbf26a1e | https://www.wish.com/merchant/53327a7e7360461821c1ec99b |
| 59 | papastees | https://www.wish.com/c/583c038a6d236c1dcadda351 | https://www.wish.com/merchant/56a9df1b3a69f69c26f76980s |
| 60 | Pauktaw | https://www.wish.com/c/58b6311ec1348b8526b383116 | https://www.wish.com/merchant/577a1c1d17c3e274725a49d8 |
| 61 | photobo | https://www.wish.com/c/578754dd4a610126db180f7d | https://www.wish.com/merchant/565e9118df1199b67af696a95 |
| 62 | pingongpoong | https://www.wish.com/c/59f6b7b2e26cae4a872cb087 | https://www.wish.com/merchant/5831 df56f4225a4acb3a434a6 |
| 63 | PKA BABY | https://www.wish.com/c/58c0e68e17d563544a2fa766a | https://www.wish.com/merchant/58297dc7309f6814d8f472a |
| 64 | retro home furnishing | https://www.wish.com/c/5938e5e64eeaabe3e4877a5a14 | https://www.wish.com/merchant/58f5eff8d0237707acdd9618 |
| 65 | Rosyclouds Shop | https://www.wish.com/c/585224953d6ce6457b20972d | https://www.wish.com/merchant/57bc627cc48fad27b8bca38 |
| 66 | Runofthelion | https://www.wish.com/c/59a3d98147ae32717748fcc28 | https://www.wish.com/merchant/59896d4ef628f5175109b824 |
| 67 | safg | https://www.wish.com/c/597ed5a3fc06e10412ea7f55 | https://www.wish.com/merchant/596b42448912c5f819d8981 |
| 68 | samlir | https://www.wish.com/c/5a67f4b484560d3222d4ed5b4 | https://www.wish.com/merchant/5825de3934afa707671 95212 |
| 69 | shixinkeji | https://www.wish.com/c/5939f74b4b56073224de5b5a | https://www.wish.com/merchant/591abed7fcb9ce1b7ab810a0 |
| 70 | Shop_more | https://www.wish.com/c/58c7a15b3d2552a6280f72 | https://www.wish.com/merchant/583f8b7ba81dba481f636524 |
| 71 | SmileFullLtd | https://www.wish.com/c/59f6dd5c7482a3742ea408a8c | https://www.wish.com/merchant/58e4adaafc5a4d33f6bef946 |
| 72 | SMT | https://www.wish.com/c/55dc66d15392a741f704dbdd | https://www.wish.com/merchant/54b8698028565a5577bf7466e |
| 73 | Social Shopping | https://www.wish.com/c/58c234ac23dcb8718ae52fe8 | https://www.wish.com/merchant/57ad944b5489327 68a77f09429 |
| 74 | somnus | https://www.wish.com/c/56a184f69f04d61b52af20a7 | https://www.wish.com/merchant/549cd4a3546ea0d0e6ea9c97 |
| 75 | Superaj Store | https://www.wish.com/c/58130701e3098f21541 15b94 | https://www.wish.com/merchant/57b1c8f582843e5906772610 |
| 76 | sweetstars trading co.,ltd | https://www.wish.com/c/55b38be865356b407ecea16c | https://www.wish.com/merchant/5563f4b154f8f70f0eb05eb8a9 |
| 77 | tony.z | https://www.wish.com/c/563dcc1283b75d5a62fed f55 | https://www.wish.com/merchant/5449dda5f3137667d43673de |
| 78 | Top Fashion Factory | https://www.wish.com/c/57445198f31a6e5d39c5bd3e | https://www.wish.com/merchant/544f9d7d8edcfa30871d62f1 |
| 79 | Valence | https://www.wish.com/c/57fae6932159120zf20badc801a | https://www.wish.com/merchant/57aec33f82843e18a65ce7e7 |
| 80 | wanelolife | https://www.wish.com/c/585a89ffa768505 1c01 15f27 | https://www.wish.com/merchant/5631c916772ac30fc098a0f5 |
| 81 | WDYFKLKF | https://www.wish.com/c/592552e1e51799282o4e14ea | https://www.wish.com/merchant/58f03a95e906d9256bcd2f00 |
| 82 | welcomeherehere | https://www.wish.com/c/59647888r730e8b7ae4151392 | https://www.wish.com/merchant/58e85f60cef6fa16280c7346 |
| 83 | Women Korean Fan attachment | https://www.wish.com/c/58477343882fea c4eebb0c54d | https://www.wish.com/merchant/578b36c94 1b525 0c1536a44 |
| 84 | wonderful12 | https://www.wish.com/c/58527a83a324c8528f767319 | https://www.wish.com/merchant/573da3468db5d1591e4967e0 |
| 85 | wyz | https://www.wish.com/c/58b90650fe18665353514 15a | https://www.wish.com/merchant/543400c01c0c052039db79a |
| 86 | XiangGu | https://www.wish.com/c/585cde0776f4f4811bffd779f | https://www.wish.com/merchant/5800cb5d8bf5da5b3f92a4cd |
| 87 | ximanchun | https://www.wish.com/c/56e50671f9747908e72ada77 | https://www.wish.com/merchant/58a3eb14e269ae523180e965 |

| 88 | Yiwu Ryan E-Commerce Co., Ltd | https://www.wish.com/c/58ba8c78396a6153e63bfd07 | https://www.wish.com/merchant/5838ecd80d446347ac89ffc1 |
|----|-------------------------------|-------------------------------------------------|---------------------------------------------------------|
| 89 | yiwu wujiang jewelry co.ltd | https://www.wish.com/c/56c284e9f50f5015518918d4 | https://www.wish.com/merchant/565ebe5b828ca523e397cf17 |
| 90 | yiyishangmaoyouxiangongsi | https://www.wish.com/c/581d4da2bfe3ad1dc67dbce7 | https://www.wish.com/merchant/57d61bb6c7c53f1001520b31 |
| 91 | ymjj | https://www.wish.com/c/59e84929f1f8e78de5403fa | https://www.wish.com/merchant/5845820045ffa8d4d376dafce |
| 92 | yuhanbaobei | https://www.wish.com/c/58dcd7e61808a65566699e1c | https://www.wish.com/merchant/582ea632ba667d1c644bd87d |
| 93 | zaitaowanggou | https://www.wish.com/c/5847e52cb3362d4f03d9f90b | https://www.wish.com/merchant/5710ac98b2d43a5925da8dd8 |
| 94 | Zakra | https://www.wish.com/c/583957fcb57eeb1d6f530c5f | https://www.wish.com/merchant/572b246e3ad3b3592fea906 |
| 95 | zhangdabing | https://www.wish.com/c/59846d73af418929f27dbf06 | https://www.wish.com/merchant/5975ac6b2382700e3586f6ad |
| 96 | zhijia trade | https://www.wish.com/c/59366942ce9707951725ac | https://www.wish.com/merchant/582979f4309fc81b408f430e |
| 97 | zhonglitian | https://www.wish.com/c/59f71c5b30440a0dd2a47bc2 | https://www.wish.com/merchant/597da053439a9868955c059a |
| 98 | zmishop | https://www.wish.com/c/579acbf1c580a62395459056 | https://www.wish.com/merchant/569c998ed98cd90ddf6e36e5 |