UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IDEAVILLAGE PRODS. CORP.,

                Plaintiff,

   - against -

AARHUS, ET AL.,

                Defendants.

18-cv-2739 (JGK)

ORDER

UNDER SEAL

JOHN G. KOELTL, District Judge:

The Court received a letter from the plaintiff requesting a modification of the Temporary Restraining Order entered by the Court on March 28, 2018.

The Temporary Restraining Order is modified to include paragraph I(A)(6), which states the following: "within five (5) days after receiving notice of this Order, providing services to Defendants, Defendants' User Accounts and Defendants' Merchant Storefronts, including, without limitation, continued operation of Defendants' User Accounts and Merchant Storefronts . . . ."

SO ORDERED.

Dated:    New York, New York
           March 30, 2018

                                            John G. Koeltl
                                       United States District Judge