Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Mary Kate Brennan (MB 5595)
mbrennan@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Andrew S. Chung (AC 1988)
achung@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*Ideavillage Products Corp.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IDEAVILLAGE PRODUCTS CORP., *Plaintiff* <br><br> V. <br><br> AARHUS, *et al.*, *Defendants* | **CIVIL ACTION No.** **18-cv-2739 (JGK)** |

**NOTICE OF VOLUNTARY DISMISSAL**

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Ideavillage Products Corp. ("Ideavillage" or "Plaintiff"), by their undersigned attorneys, hereby give notice of dismissal of all claims against Defendant BlueSister in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

1

Dated:  January 28, 2019                                       Respectfully submitted,

                                                               **EPSTEIN DRANGEL LLP**

                                                    BY:        _____
                                                               Brieanne Scully (BS 3711)
                                                               bscully@ipcounselors.com
                                                               EPSTEIN DRANGEL LLP
                                                               60 East 42nd Street, Suite 2520
                                                               New York, NY 10165
                                                               Telephone:    (212) 292-5390
                                                               Facsimile:    (212) 292-5391
                                                               *Attorney for Plaintiff*
                                                               *Ideavillage Products Corp.*

**It is so ORDERED.**

Signed at New York, NY on _____ ___, 2019.


                                                    _____
                                                    Judge John G. Koeltl
                                                    United States District Judge

2