Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Andrew S. Chung (AC 1988)
achung@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Ideavillage Products Corp.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IDEAVILLAGE PRODUCTS CORP.,
*Plaintiff*

V.

AARHUS, *et al.*,
*Defendants*

CIVIL ACTION No.
18-cv-2739 (JGK)

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Ideavillage Products Corp. ("Ideavillage" or "Plaintiff"), by their undersigned attorneys, hereby give notice of dismissal of all claims against Defendants papastees and zaitaowanggou in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

1

Dated: March 13, 2019                                Respectfully submitted,

                                                     EPSTEIN DRANGEL LLP

                                          BY:  _____
                                                     Brieanne Scully (BS 3711)
                                                     bscully@ipcounselors.com
                                                     EPSTEIN DRANGEL LLP
                                                     60 East 42nd Street, Suite 2520
                                                     New York, NY 10165
                                                     Telephone:    (212) 292-5390
                                                     Facsimile:    (212) 292-5391
                                                     *Attorney for Plaintiff*
                                                     *Ideavillage Products Corp.*

**It is so ORDERED.**

Signed at New York, NY on _____ ___, 2019.


                                                     _____
                                                     Judge John G. Koeltl
                                                     United States District Judge