UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IDEAVILLAGE PRODUCT CORP.,

               Plaintiff,

- against -

AARHUS ET AL.,

               Defendants.

---

18-cv-2739 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The Court has reviewed the Report and Recommendation by Magistrate Judge Aaron dated May 7, 2019. The time for the parties to file objections to the Report and Recommendation has passed and no objections have been filed. In any event, the Court finds that the Report and Recommendation is well founded and should be adopted.[1]

The plaintiff should submit a proposed judgment by **May 31, 2019**. The defendants may submit any responses by **June 4, 2019**.

SO ORDERED.

Dated:    New York, New York
          May 28, 2019

                                      John G. Koeltl
                                 **United States District Judge**

---

[1] The citation on page 10 of the Report and Recommendation to N.A.S. Import Corp. should read N.A.S. Imp., Corp. v. Chenson Ents., Inc., 968 F.2d 250, 252 (2d Cir. 1992).

1